UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 16-CV-10314

HON. GEORGE CARAM STEEH

APPROXIMATELY $7,041.73 SEIZED
FROM BANK OF AMERICA, et al.,

    Defendants.
_____/

ORDER STRIKING VERIFIED CLAIMS [DOCS. 17-20] AND
ORDERING CLAIMANTS' COUNSEL TO UPDATE HER CONTACT INFORMATION

    This matter is before the court on the filing of Verified Claims of Atul C. Shah and Yogina A. Shah [docs. 17-20] by counsel Anjali Prasad. The Verified Claims were filed in an improper manner inasmuch as they appear to relate to a case filed in the United States District Court for the Eastern District of New York, with a listed Case No. 17-14-0125. Furthermore, the Verified Claims identify the claimants, Yogina and Atul Shah, as represented by legal counsel other than counsel of record in the pending case.

    In addition to striking the Verified Claims for being improperly filed, claimants' counsel is ORDERED to update and revise her contact information, including her e-mail address.

    So ordered.

Dated: February 29, 2016

                                   S/George Caram Steeh
                                   GEORGE CARAM STEEH
                                   UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 29, 2016, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk