UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 16-10314

HON. GEORGE CARAM STEEH

APPROXIMATELY $7,041.73 SEIZED
FROM BANK OF AMERICA CHECKING
ACCOUNT #375008753246 HELD
IN THE NAME OF ABYSSINIA LOVE
KNOT PHYSICAL THERAPY, LLC., et al.,

    Defendant in Rem.
_____/

## ORDER CONTINUING STAY OF CIVIL FORFEITURE CASE UNTIL OCTOBER 2, 2017

This matter comes before the court on the government's July 10, 2017 status report [doc. 61] requesting that the current stay of this civil forfeiture proceeding remain in effect pursuant to 18 U.S.C. § 981(g) until its companion criminal case, *United States v. Shirley Douglas, et al.*, 2:16-cr-20436-DML-APP (E.D. Mich. Jun. 16, 2016), is resolved and until such time the government concludes its criminal investigation of the remaining individuals listed in the Complaint. A stay was previously entered upon stipulation for six months, expiring on April 23, 2017.

The United States requests that the stay be extended until October 2,

2017. No objections to a continuation of the stay have been voiced.

The court grants a continuation of the stay of the civil forfeiture action until October 2, 2017. The government is required to provide an updated status report on or before that date.

So ordered.

s/George Caram Steeh  
GEORGE CARAM STEEH  
UNITED STATES DISTRICT JUDGE

Dated: July 13, 2017

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 13, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk