UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                    Case No. 16-10314

vs.

                                    HON. GEORGE CARAM STEEH

APPROXIMATELY $7,041.73 SEIZED
FROM BANK OF AMERICA CHECKING
ACCOUNT #375008753246 HELD
IN THE NAME OF ABYSSINIA LOVE
KNOT PHYSICAL THERAPY, LLC., et al.,

    Defendant in Rem.
_____/

## ORDER CONTINUING STAY OF CIVIL
## FORFEITURE CASE UNTIL MARCH 31, 2018

This matter comes before the court on the government's October 2, 2017 status report [doc. 63] requesting that the current stay of this civil forfeiture proceeding remain in effect pursuant to 18 U.S.C. § 981(g) until its companion criminal case, *United States v. Shirley Douglas, et al.*, 2:16-cr-20436-DML-APP (E.D. Mich. Jun. 16, 2016), is resolved and until such time the government concludes its criminal investigation of the remaining individuals listed in the Complaint. A stay was previously entered upon stipulation for six months, expiring on October 2, 2017.

The United States requests that the stay be extended until March 31,

- 1 -

2018.  No objections to a continuation of the stay have been voiced.

The court grants a continuation of the stay of the civil forfeiture action until March 31, 2018.  The government is required to provide an updated status report on or before that date.

So ordered.

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated:  October 16, 2017

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 16, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk